Mania Neustaedter, Respondent, v. John Kaplan, First Name, "John," Being Fictitious, etc., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs; referee to be named on settlement of order. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Alice Doellinger, Respondent, v. New York Evening Journal Publishing Company, Appellant. Alice Doellinger, Respondent, v. Star Company, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Josephine W. Schermerhorn, Appellant, v. Nathaniel E. Schermerhorn, Respondent.— Order reversed, without costs, and motion for interlocutory judgment granted, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

James M. Lynch, Respondent, v. John Kirby, Jr., Individually and as President, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Northern Bank of New York v. Joseph G. Robin.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Northern Bank of New York v. William C. Mulligan and Another.— Motion granted unless appellant complies with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Daniel Cunningham.— Motion granted unless appellant complies with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Samuel B. Rosenthal v. Edward Rubin.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Aristo Atheras v. Ery Kehaya.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

William E. Mowbray v. Harriet De Forest.— Motion denied, without costs. See memorandum. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

G. Arnold Moses v. William J. Kelly.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Joseph H. S. Muller v. George F. Snyder.-— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.